UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUCITA ZAMORAS | No. 18 CR 677<br><br>Judge Manish S. Shah |

AGREED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS

Pursuant to Fed. R. Crim. P. 17(c)(1), the United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, with the agreement of defendant Lucita Zamoras, moves for the entry of an order allowing early return of trial subpoenas, and in support thereof states as follows:

1. The Information in this case charges the defendant with mail fraud, in violation of Title 18, United States Code, Section 1341.

2. Rule 17(c)(1) provides that trial subpoenas may be issued to obtain documents and other materials, and that the court may direct witnesses to produce the subpoenaed materials prior to trial.

3. The government respectfully requests that the Court issue an order authorizing all parties to obtain the early return of trial subpoenas, with reciprocal discovery of the materials obtained pursuant to the issuance of the trial subpoenas.

4. Obtaining documents prior to trial may ultimately save time by allowing the parties to review subpoenaed materials in a timely fashion, and may help to avoid delay and surprise.

5. Defense counsel agrees with this motion.

WHEREFORE, the government respectfully moves this Court to enter an agreed order authorizing all parties to obtain early return of trial subpoenas, with reciprocal discovery of any subpoenaed materials that are obtained.

                                        Respectfully submitted,

                                        JOHN R. LAUSCH, JR.
                                        United States Attorney

By:   *s// Jacqueline Stern*
       JACQUELINE STERN
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-5329